### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUSTEES OF THE NATIONAL ELEVATOR INDUSTRY PENSION FUND, et al., | : <br> : <br> : <br> : |
| Plaintiffs, | : Case No. 2:20-cv-04173-MMB <br> : |
| v. | : <br> : |
| SHAW ELEVATOR COMPANY LLC., et al., | : <br> : <br> : |
| Defendants. | : |

## NOTICE OF VOLUNTARY DISMISSAL

The Plaintiffs, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismiss the Complaint, without prejudice, and state the reasons for dismissal as follows:

1. This action was commenced by the Plaintiffs to compel the Defendants compliance with a payroll audit and to recover delinquent contributions and damages owed to employee pension benefit plans under the parties' Collective Bargaining Agreement as a result of the audit. ([Docket No. 1](Docket No. 1)).

2. As of February 25, 2021, the Defendants have complied with the request for a payroll audit of all pertinent employment and payroll records reasonably required to verify the accuracy of the Defendant's contribution reports for work performed during the period of January 1, 2018 through the date the audit is performed.

1. The opposing parties have neither served an answer nor a motion for summary judgment.

Dated: March 1, 2021        By:    s/_____

                                         Andrew Kelser, Bar No. 314865
                                         O'DONOGHUE & O'DONOGHUE LLP
                                         325 Chestnut Street, Suite 600
                                         Philadelphia, PA  19106
                                         Telephone (215) 629-4970
                                         akelser@odonoghuelaw.com

                                         *Counsel for Plaintiffs*

It is SO ORDERED this 1st day of March, 2021.

s/ Michael M. Baylson, USDJ